Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Arash Nematollahi, Esq. (State Bar No. 225306)
**ADAMSON AHDOOT LLP**
1150 S. Robertson Blvd.
Los Angeles, California 90035
T: 310.888.0024
F: 888.895.4665
E: alan@aa-llp.com; christopher@aa-llp.com
arash@aa-llp.com;

JS-6

Attorneys for Plaintiff
CAMIE LYNNE STAGGS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAMIE LYNNE STAGGS,<br><br>    Plaintiff,<br><br> vs.<br><br>MARK FREDERICK BUSCHER; FOREMOST TRANSPORT, INC.; and DOES 1-100, inclusive;<br><br>    Defendants. | Case No.: 2:21-cv-09319-AFM<br>Mag. Judge Alexander F. MacKinnon<br><br>**(PROPOSED) ORDER RE STIPULATION FOR DISMISSAL**<br><br>Trial Date: 05/09/2023 |

The parties having stipulated hereto,

**IT IS HERBY ORDERED that:**

- Above-captioned action and all claims are dismissed with prejudice.
- The parties shall bear their own respective costs and attorney's fees arising out of, related to or incurred in the prosecution, defense and/or settlement of this action.

**IT IS SO ORDERED.**

DATED: 4/14/2023

_____
Hon. Alexander F. MacKinnon
U.S. Magistrate Judge

# CERTIFICATE OF MAILING

I am an employee in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 1150 S. Robertson Blvd., Los Angeles, California 90035.

On April 14, 2023, I served the foregoing document, described as **(PROPOSED) ORDER RE STIPULATION FOR DISMISSAL** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

J John H. Shaffery, Esq.
Jason A. Benkner, Esq.
POOLE SHAFFERY
25350 Magic Mountain Parkway, Suite 250
Santa Clarita, CA 91355
T: (661) 290-2991; Fax: (661) 290-3338
Email: jbenkner@pooleshaffery.com; nlyons@pooleshaffery.com
Attorneys for Defendants MARK FREDERICK BUSCHER
And FOREMOST TRANSPORT, INC.

☒ **(BY ELECTRONIC MAIL)** By electronically serving the document(s) to the electronic mail address set forth above on this date by or before 11:59 p.m., pursuant to California Rules of Court, Rule 2.251, and consistent with Code of Civil Procedure § 1010.6(a)(2), (4) and (5).

☐ **(BY MAIL)** As follows: I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare, under penalty of perjury that the above is true and correct.

Executed on April 14, 2023, at Los Angeles, California.

By: _____/s/Maria Gonzalez_____
       Maria Gonzalez